# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TYVAL ASSISTED LIVING FACILITY, LLC,**
Appellant,

v.

**AGENCY FOR HEALTH CARE ADMINISTRATION,**
Appellee.

No. 4D20-1886

[October 28, 2021]

Appeal from the State of Florida, Agency for Health Care Administration; L.T. Case Nos. 2019014536, 2019014994, 19-5096, 19-6305, 2019014537, 20-0014 and 2019002790.

John E. Terrel of Law Office of John E. Terrel, P.A., Tallahassee, for appellant.

Nicholas A. Merlin and Tracy Cooper George, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***